FILED

2026 Feb-18  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **Ephan Moore** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| **v.** | } **Case No.:  4:24 CV 925 RDP** |
| | } |
| **Roderick Gadson Jr et al.,** | } |
| | } |
| **Defendants.** | } |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN AND/OR KEEEPER OF EASTERLING CORRECTIONAL FACILITY, 200 WALLACE DRIVE, CLIO, AL 36017

AND

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ALABAMA OR ANY OTHER UNTIED STATES MARSHAL:

GREETINGS:

WE command you, that you have the body of **Ephan Moore, (AIS# 00276063)**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court of the Northern District of Alabama AT THE UNITED STATES DISTRICT COURTHOUSE, AT 1729 5TH Ave North, Birmingham, AL 35203 **Thursday, March 26, 2026 at 9:30 A.M.**, then and there to appear for mediation, in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

**DONE** this date:  February 18, 2026

GREER M. LYNCH, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY:  _____A. Day_____
              Deputy Clerk