FILED
2026 Aug-05 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| EPHAN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 4:24-cv-00925-CLM |
| | ) | |
| LIEUTENANT RODERICK | ) | |
| GADSON, JR. et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, Ephan Moore, and the Defendants, Roderick Gadson, Jr., Brandon Burns and Jajuan Howard, through their respective undersigned counsel, file this Joint Stipulation of Dismissal With Prejudice and respectfully request that the Court dismiss the above-styled action *with prejudice*, with each party to bear their own costs.

Respectfully submitted on August 5, 2026.

_____

Kristen E. Gochett
Leroy Maxwell, Jr.
Maxwell, Tillman & Coleman
1820 3rd Avenue North, Suite 300
Birmingham, AL 35203
Telephone: (205) 216-3304
kgochett@mxlawfirm.com
maxwell@mxlawfirm.com
**Counsel for Plaintiff**

_____

Mary Goldthwaite
Assistant Attorneys General
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Mary.Goldthwaite@AlabamaAG.gov
**Counsel for Defendants**